1346-13

# ELECTRONIC RECORD

COA #    14-12-00653-CR                  OFFENSE:    Indecency with a Child

STYLE:   Bennett Keith O'Bannon v The    COUNTY:    Harris
         State of Texas

COA DISPOSITION:   Affirmed as            TRIAL COURT:   337th District Court
                   Reformed

DATE: 09/10/2013            Publish: No   TC CASE #:    1310491

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD

STYLE: _____         CCA #: _____

_____ State's _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

*granted & remanded*                     JUDGE: _____

DATE: *April 16, 2014*                   SIGNED: _____    PC: _____

JUDGE: *pc*                              PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

1346-13